NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**JEANELL M. BROWN,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2009-3176

---

Petition for review of the Merit Systems Protection Board in CH0752080415-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the parties' joint motion to continue the stay of proceedings in this appeal until July 20, 2010, pending completion of settlement,

IT IS ORDERED THAT:

The motion is granted. If this appeal has not been dismissed by July 20, 2010, the parties must file a status report by July 23, 2010.

FOR THE COURT

JUN 0 2 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Julie M. Wilson, Esq.
    Allison Kidd-Miller, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2010

JAN HORBALY
CLERK